UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| HALLS HARDWARE INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:16-cv-313 |
| v. ) | |
| ) | Judge Mattice |
| GRANGE MUTUAL INSURANCE, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT

This case came before the Court on Defendants' Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted Defendant's Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 11th day of April, 2018.

/s/ *John L. Medaris*
John L. Medearis
CLERK OF COURT